FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Criminal Case No. 08CR1579-L
)
        Plaintiff, ) **I N F O R M A T I O N**
)
  v. ) Title 8, U.S.C., Sec. 1325 -
) Illegal Entry (Felony)
ELIAS BALDERAS-VIDRIOS, )
)
        Defendant. )
_____)

    The United States Attorney charges:

    On or about April 17, 2008, within the Southern District of California, defendant ELIAS BALDERAS-VIDRIOS being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 01CR0593-GT, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

    DATED: 5/15/08.

                              KAREN P. HEWITT
                              United States Attorney

                              for CALEB E. MASON
                              Assistant U.S. Attorney

CEM:lg:San Diego
04/30/08